# UNITED STATES DISTRCIT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **DEBRA EDWARDS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **1:14-cv-**1900 **-WTL-DML** |
| | ) |
| **THE LAW FIRM OF** | ) |
| **KRISOR & ASSOCIATES,** | ) |
| | ) |
| **Defendant.** | ) |

## ACCEPTANCE OF OFFER OF JUDGMENT

Comes now the Plaintiff, in person and by counsel, and hereby files her

Acceptance of the Offer of Judgment tendered by the Defendant in the above-captioned

action and, in support thereof, would show the Court the following:

1. On January 14, 2015, the Plaintiff received the Offer of Judgment from the
   Defendant.

2. The Plaintiff accepts the Offer of Judgment which is attached hereto as
   Exhibit *"1"*.

I affirm under penalty of perjury that the foregoing representations are true and correct.

Debra Edwards
Plaintiff

Respectfully submitted,

John T. Steinkamp, #19891-49
Attorney for Debra Edwards
5218 S. East Street, Suite E-1
Indianapolis, IN  46227
(317) 780-8300
steinkamplaw@yahoo.com

## Certificate of Service

I hereby certify that on January 20, 2015 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ogletree Deakins Nash Smoak & Stewart, PC
Attorney Todd Kaiser
kodd.kaiser@ogletreedeakins.com

          _/s/ John T. Steinkamp_____
          John T. Steinkamp
          John Steinkamp & Associates
          5218 S. East Street, Suite #E-1
          Indianapolis, IN 46227
          Phone: (317) 780-8300
          Fax: (317) 217-1320
          steinkamplaw@yahoo.com